UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MASTER-HALCO, INC. | : | |
| | : | NO. 3:09mc276(MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SCILLIA, DOWLING & NATARELLI, LLC, ET AL. | : | |
| | : | |
| Defendants. | : | |

## RULING AND ORDER

Pending before the Court is Defendants' Motion, pursuant to 28 U.S.C. § 157(d), requesting that the reference of this matter be withdrawn from the Bankruptcy Court, where it has been since November 17, 2006. *See In re Michael Charles Picard*, No. 05-32010 (Bankr. D. Conn.). The Court held an on-the-record telephonic conference call on September 24, 2009 to discuss the Motion. Consideration of the *Orion* factors leads the Court to GRANT Defendants' Motion. *See In re Orion Pictures Corp.*, 4 F.3d 1095, 1011 (2d Cir. 1993). Given the nature of the dispute; the fact that this case cannot be tried by the Bankruptcy Court without both parties' consent, which is not present; and that the parties agree that there is no reason to believe that this matter will be resolved in the Bankruptcy Court in the foreseeable future, judicial economy is best served by withdrawing the reference. However, now that the Defendants have withdrawn their Motion to Strike and Motion to Dismiss from the docket of the Bankruptcy Court in order to facilitate the withdrawal of the reference, they will not be permitted to re-file those motions – either in substance or in form – in the District Court now that the reference has been withdrawn.

The parties are instructed to confer and submit a proposed schedule to the Court no later than October 2, 2009. They are further instructed to submit courtesy copies to the Court of their briefing on any outstanding discovery-related disputes.

**SO ORDERED** at New Haven, Connecticut this 24th day of September, 2009.

/s/      Mark R. Kravitz
United States District Judge